**LAW OFFICES OF Robert J. McWhirter**

Robert McWhirter, Bar # 012283
812 N. 2nd Ave.
Phoenix, AZ 85003
bob@robertjmcwhirter.com
480-980-0696
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. 2:25-mj-05412-DMF-1 |
|---|---|
| Plaintiff(s), | |
| vs. | **NOTICE FOR SUBSTITUTION OF COUNSEL WITH CONSENT** |
| Guy Galanti, | |
| Defendant(s). | |

Under Local Rule 83.3(b)(1), LRCiv, and Local Rule 57.14, LRCrim, Defendant requests this Court accept Robert J. McWhirter as attorney of record who Defendant has retained and relieve James Rael as counsel.  Defendant's attached consent supports this Motion.

Respectfully submitted this 24th day of September, 2025.

*S/ Robert J. McWhirter*
Robert J. McWhirter

1

Certificate of Service:

I certify that on September 24th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

CLERK'S OFFICE
United States District Court
401 West Washington Street
Phoenix, Arizona 85003

United States District Court Judge
Deborah M Fine

Raymond K Woo, Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

 *s/ Viridiana Corrales*

## DEFENDANT'S CONSENT

I, Guy Galanti, consent to have Robert J. McWhirter, as counsel in the above entitled and number action.

_____
Guy Galanti-Defendant

3